```
DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>        v.                        )<br>                                  )<br>JOSE ROSARIO MARTINEZ,            )<br>                                  )<br>            Defendant.            )<br>_____) | NO. 1:05-cr-00466 AWI<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE HEARING; AND ORDER<br>THEREON<br><br>Date:  October 16, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for September 18, 2006, **may be continued to October 16, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation and to allow the parties additional time for plea negotiation.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                              McGREGOR M. SCOTT
                                              United States Attorney

DATED: September 14, 2006                By  /s/ Kathleen A. Servatius
                                                    KATHLEEN A. SERVATIUS
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: September 14, 2006                By  /s/ Melody M. Walcott
                                                    MELODY M. WALCOTT
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    JOSE ROSARIO MARTINEZ

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:   September 15, 2006**               **/s/ Anthony W. Ishii**
0m8i78                                             UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon        2