```
DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IVAN MACIEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00246 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER |
| v. | ) | |
| IVAN MACIEL, | ) | Date: October 2, 2006 |
| Defendant. | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing in the above captioned matter now scheduled for September 25, 2006, may be continued to October 2, 2006, at 9:00 A.M.**

This continuance is at the request of defense counsel to provide the parties additional time for completion of plea negotiation and preparation of a plea agreement.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 21, 2006              By:   /s/ Steven M. Crass
                                             STEVEN M. CRASS
                                             Assistant United States Attorney
                                             Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 21, 2006              By:   /s/ Melody M. Walcott
                                             MELODY M. WALCOTT
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             IVAN MACIEL

## ORDER

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 22, 2006**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE