1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  IVAN MACIEL

**FILED**

MAR 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>IVAN MACIEL,<br><br>           Defendant. | NO. 1:06-cr-00246 AWI<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

Defendant Ivan Maciel hereby moves this court for an order to exonerate the bond and reconvey real property in the above-captioned case.

On August 11, 2006, Mr. Maciel appeared in this matter before Sandra M. Snyder, United States Magistrate Judge, and was ordered released from custody under the supervision of Pretrial Services and a $170,000 real property bond. A certified deed of trust and straight note were provided to this court by Trinidad Rosas and Guillermina Rosas on August 9, 2006.

On December 18, 2006, Mr. Maciel appeared before District Court Judge Anthony W. Ishii for sentencing, and was sentenced to 24 months probation.

///

///

///

1  Since Mr. Maciel has met the conditions in this matter, he requests that the Court exonerate the
2  bond set by this Court and reconvey title to the real property securing the bond, located at 9203 E.
3  Arguello Dr., Planada, CA, 95365, to Trinidad Rosas and Guillermina Rosas.

4  Respectfully submitted,

5  DANIEL J. BRODERICK
   Federal Defender
6

7  DATED: February 28, 2007        By:  /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
8                                       Assistant Federal Defender
                                        Attorney for Defendant
9                                       IVAN MACIEL

10

11

12

13  **O R D E R**

14  **IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to
15  the real property be reconveyed to Trinidad Rosas and Guillermina Rosas.
16  DATED: ~~February~~ March 2, 2007

17
                                        _____
18                                      Honorable ~~Sandra M. Snyder~~ Anthony W. Ishii
                                        United States ~~Magistrate Judge~~ Dist. Judge
19                                      Eastern District of California

20
21
22
23
24
25
26
27
28

[Proposed] Order Re: Exoneration of Bond
and Reconveyance of Real Property                    2